39788. SYBRON CORPORATION v. ANDERSON et al.

PER CURIAM.

After plenary consideration of this matter, we find that the opinion of the Court of Appeals and the judgment rendered thereon, *Anderson v. Sybron Corp.,* 165 Ga. App. 566 (299 SE2d 160) (1983), are correct and should be affirmed.

*Judgment affirmed. All the Justices concur, except Marshall, P. J., who dissents.*

DECIDED NOVEMBER 1, 1983.

*Dye, Miller, Tucker & Everitt, A. Rowland Dye, Thomas W. Tucker,* for appellant.

*J. Richard Dunstan, G. Larry Bonner, Feldman, Rand & Ezor, Monroe J. Feldman, Samuel Olens,* for appellees.

*Winburn, Lewis & Barrow, Gene Mac Winburn,* amicus curiae.